# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2014

149264

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHRISTOPHER LEE BENNETT,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 149264
COA: 320306
Oakland CC: 2013-246422-FC

On order of the Court, the application for leave to appeal the March 19, 2014 order of the Court of Appeals is considered. We DIRECT the Oakland County Prosecuting Attorney to respond to the application for leave to appeal within 28 days after the date of this order. The prosecutor shall address whether the defendant was properly assessed 25 points for offense variable (OV) 13 in light of MCL 777.18 and *People v Bonilla-Machado*, 489 Mich 412 (2011) (conspiracy offenses are "crimes against public safety" rather than "crimes against a person" under MCL 777.1 *et seq.*) and, if so, whether he is entitled to resentencing.

The application for leave to appeal remains pending.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014 _____

h1015

Clerk